962

No. 497, Misc. ROACH v. SUPREME COURT OF INDIANA. Motion for leave to file petition for writ of mandate denied.

No. 677. NATHANSON, TRUSTEE, v. NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari granted. *Henry Friedman* for petitioner. *Solicitor General Perlman, George J. Bott, David P. Findling, Mozart G. Ratner* and *Frederick U. Reel* for respondent.

No. 721. LLOYD A. FRY ROOFING CO. v. WOOD ET AL., AS ARKANSAS PUBLIC SERVICE COMMISSION. Supreme Court of Arkansas. Certiorari granted. *James W. Wrape* and *Glenn M. Elliott* for petitioner. *Eugene R. Warren* for respondents.

No. 725. STEELE ET AL. v. BULOVA WATCH CO., INC. C. A. 5th Cir. Certiorari granted. *W. L. Matthews* for petitioners. *Maury Maverick, Sanford H. Cohen* and *Isidor Ostroff* for respondent.

No. 736. MONTGOMERY BUILDING & CONSTRUCTION TRADES COUNCIL ET AL. v. LEDBETTER ERECTION CO., INC. Supreme Court of Alabama. Certiorari granted. *J. Albert Woll, Herbert S. Thatcher, James A. Glenn* and *Earl McBee* for petitioners. *Jack Crenshaw* and *Files Crenshaw* for respondent. *Solicitor General Perlman, George J. Bott, David P. Findling, Mozart G. Ratner* and *Bernard Dunau* filed a brief for the National Labor Relations Board, as *amicus curiae,* supporting the petition.